NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY LORENZO REDDICK,      )
                              )
        Appellant,            )
                              )
v.                            )      Case No. 2D17-2999
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender and
Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and LUCAS, JJ., Concur.